THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GEORGE DOLNY, WALTER DOWLING and ARCANGELO D'AGOSTO, Appellants.

Argued November 19, 1940; decided December 31, 1940.

*Charles N. Cohen, Benjamin Schifter* and *Nathaniel H. Kramer* for George Dolny, appellant.

*Nathaniel Kaplan, William W. Kleinman* and *Edward J. McCann* for Walter Dowling, appellant.

*Harry G. Anderson* for Arcangelo D'Agosto, appellant.

*William O'Dwyer, District Attorney (Edward H. Levine* of counsel), for respondent.

Judgments of conviction affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.